**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew David Woodland,<br><br>   Petitioner/Appellant,<br>vs.<br><br>Sharon Somberg, et al.,<br><br>   Respondents/Appellees. | No. CV 06-1035 PHX PGR<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

IT IS ORDERED that the petitioner's Motion to Appeal in Forma Pauperis (doc. #21) is granted pursuant to Fed.R.App.P. 24(a)(3).

IT IS FURTHER ORDERED that the petitioner's Motion for Extension of Time to File Petition (doc. #19) is denied.

IT IS FURTHER ORDERED that no certificate of appealability shall be issued because the petitioner has failed to make a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(3).

DATED this 5th day of September, 2007.

Paul G. Rosenblatt
United States District Judge